IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Cindy Heil,** *individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)*,

        Plaintiff,

v.

**Medix Staffing Solutions, Inc.,**

        Defendant.

No. 17-cv-6442

Judge: Honorable Andrea R. Wood

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE

Plaintiff Cindy Heil ("Heil") and Defendant Medix Staffing Solutions, Inc. ("Medix"), by and through their respective undersigned attorneys, hereby jointly move this Court to approve the terms of their settlement and to dismiss this case with prejudice. In support of their Motion, the Parties states as follows:

1. On September 6, 2017, Heil filed suit against Medix in this Court. The suit set forth claims under the Illinois Minimum Wage Law ("IMWL") and the Fair Labor Standards Act ("FLSA"). D.E. 1.

2. Medix answered the Complaint on November 10, 2017. D.E. 13.

3. Although Medix denies Heil's allegations, the Parties have agreed to settle the case. Under the terms of the settlement, Heil will release any and all claims regarding her employment with Medix, including all wage and hour claims, and attorneys' fees and costs. Heil has agreed to dismiss her lawsuit with prejudice.

4. The Parties have prepared and executed a written Confidential Settlement Agreement and Release ("Agreement") that memorializes the terms of their settlement, which

includes a requirement that the Court approve the settlement.

5. The Parties hereby seek the Court's approval of the settlement they reached in this matter, and stipulate to the dismissal of this action. Pursuant to the FLSA and IMWL, claims for back wages and other damages arising under the FLSA or IMWL may be settled or compromised with the approval of the district court or Secretary of Labor. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982); *Lewis v. Giordano's Enterprises*, 397 Ill. App. 3d 581, 595; 921 N.E.2d 740, 751 (Ill. App. Ct. 1st Dist. 2009). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a *bona fide* dispute over wages owed. *Id.*

6. The Parties have agreed to settle all claims in this dispute through execution of this Agreement. The Parties agree and represent that, in accordance with the terms of the Agreement, Heil is receiving a fair and adequate recovery of alleged damages, and payment of a reasonable amount of attorneys' fees and costs. Based on the contested nature of this litigation and the quality of the settlement, this Court should conclude that this Settlement is a reasonable resolution of a *bona fide* dispute. Thus, the Parties respectfully request that the Court approve the settlement and issue an Order dismissing this action with prejudice.

7. The Parties have agreed to keep the specific terms and conditions of the Agreement confidential. To that end, the Parties respectfully request Court approval to present the Agreement to the Court in its written form for *in camera* review, without waiving the confidential nature of the Agreement.

WHEREFORE, the Parties stipulate to the dismissal of this action, and respectfully request that the Court enter an Order approving the terms of the settlement of all of Plaintiff Cindy Heil's claims, and dismiss this action with prejudice, with each party to bear its own

-3-

attorney's fees and costs, unless otherwise provided in the Parties' Agreement.

Dated: December 13, 2017

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Sergei Lemberg* (with consent)<br>  Sergei Lemberg | *s/Catherine S. Lindemann*<br>   Catherine S. Lindemann |
| Sergei Lemberg<br>LEMBERG LAW, L.L.C.<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br><br>Katherine Ann Rehan<br>123 N. Desplaines Street<br>Apt. 101<br>Chicago, IL 60661 | David K. Haase ARDC# 6201278<br>Catherine S. Lindemann ARDC#6297039<br>LITTLER MENDELSON, P.C.<br>A Professional Corporation<br>321 North Clark Street<br>Chicago, IL 60654<br>312.372.5520 |
| *Counsel for Plaintiff Cindy Heil* | *Counsel for Defendant Medix Staffing Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

I, David K. Haase, an attorney, hereby certify that, on December 13, 2017, I caused a copy of the foregoing ***JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE*** to be filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following:

Sergei Lemberg
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897

Katherine Ann Rehan
123 N. Desplaines Street
Apt. 101
Chicago, IL 60661

*/s/ Catherine S. Lindemann*
Catherine S. Lindemann

Firmwide:151478628.2 058510.1000