# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Cindy Heil

                           Plaintiff,

v.                                           Case No.: 1:17–cv–06442
                                                          Honorable Andrea R. Wood

Medix Staffing Solutions, Inc.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court, joint motion to approve settlement and to dismiss case [16] is granted. The parties' settlement agreement will be filed and maintained on the docket under seal. Only counsel for Plaintiff, Defendants, and Court staff shall have access to the document. This case is dismissed without prejudice and with the parties granted leave to reinstate on or before 1/19/2018. If no motion to reinstate is filed by 1/19/2018, the case shall be dismissed with prejudice without further order of the Court. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.